## A11A0284, A11A0285. HOOVER v. MAXUM INDEMNITY COMPANY; and vice versa.
(740 SE2d 194)

MILLER, Judge.

The Supreme Court of Georgia granted certiorari in these cross-appeals, and in *Hoover v. Maxum Indem. Co.*, 291 Ga. 402 (730 SE2d 413) (2012), reversed the judgment of this Court. We therefore vacate our prior opinion in *Hoover v. Maxum Indem. Co.*, 310 Ga. App. 291 (712 SE2d 661) (2011), and adopt the judgment of the Supreme Court as the judgment of this Court.

*Judgment reversed. Ellington, C. J., and Doyle, P. J., concur.*

DECIDED MARCH 18, 2013.

*Lance A. Cooper*, for appellant.
*Freeman, Mathis & Gary, Philip W. Savrin, Darl H. Champion, Jr.*, for appellee.